UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-158

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERRY BARNES | ORDER TO SEAL |

On motion of the Defendant, Jerry Barnes, and for good cause shown, it is hereby ORDERED that D.E. 385 be sealed until further notice by this Court.

**SO ORDERED. This 14 day of January 2021.**

JAMES C. DEVER III
United States District Judge